**Kelvin SETTLE, Plaintiff–Appellant**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 12–3277.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 23, 2013.

Filed: Feb. 19, 2013.

Kelvin Settle, Terre Haute, IN, pro se.

Jennifer Winfield, Special, U.S. Attorney's Office, Saint Louis, MO, for Defendant–Appellee.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Federal inmate Kelvin Settle appeals the district court's [1] dismissal of his motion for return of property and denial of his motion to sanction the government. Having carefully reviewed the record, we find no basis for reversal. *See* 18 U.S.C. § 983(e)(1) (requirements for granting motion to set aside declaration of forfeiture include that moving party did not know or have reason to know of seizure within suf-

ficient time to file timely claim); 18 U.S.C. § 1001 (false-statement offense and penalties do not apply to party to judicial proceeding). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny the pending motion.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.